7130 JUMBO DELI

Amalgamated Meat Cutters Retail Food Store
Employees Union UFCW Local 342
of Greater New York
UFCW LOCAL 342 HEALTHCARE FUND

---

| APPEARANCES | For the Employer |
|---|---|
| | For the Fund |
| | Odalis Gutierrez |
| | Adrienne Wincott |

In accordance with notice duly given, an Arbitration was held at 10:00 am on **July 11, 2007** at the Long Island Marriott, Uniondale, New York.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the UFCW Local 342 Healthcare Fund for the month(s) May 2007.

| UFCW Local 342 Healthcare Fund | $ 8,420.00 |
|---|---|

**Background:**

After waiting one hour beyond the scheduled starting time of the Arbitration Hearing for the employer to appear, the Fund submitted into evidence proof of service of the statutory notice to Arbitrate and moved to have the Arbitrator hold the hearing Ex-Parte. The Arbitrator sustained the motion and held an Ex-Parte Hearing in this matter. The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the UFCW Local 342 Healthcare Fund.

Award

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that:

The Employer is delinquent in payment to the UFCW Local 342 Healthcare Fund.

The Employer JUMBO DELI is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| UFCW Local 342 Healthcare Fund | $ 8,420.00 |
|---|---|
| Interest     18 % per annum | $    126.30 |
| Liquidated Damages 20% | $  1,709.26 |
| Sub-Total | $10,255.56 |
| Attorneys' Fees | $    800.00 |
| Cost of Arbitration | $    800.00 |
| Total | $11,855.56 |

Dated: July 11, 2007

_____
John Kennedy, Arbitrator

STATE OF NEW YORK
COUNTY OF NASSAU

On this day of July 2007 before me came John Kennedy, to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

_____
Notary Public
May Hegazi
Notary Public, State of New York
Qualified in Nassau County
Reg. # 01HE6151137
NY COMM. Expires 08/14/2010