|     | Jumbo Deli | | | | |
|     | 7130 | | | | |
|     | Outstanding Funds Contributions - 2007 | | | | |
|     | Local 342 Healthcare | Local 50 Pension | Local 342 SEC | Local 342 Legal | |
| May | 71.00 | | | | |
| Jun | | | | | |
| Jul | | 252.00 | | | |
| Aug | 3,042.00 | 464.00 | | | |
| Sep | 3,042.00 | 464.00 | | 18.00 | |
| Oct | 3,042.00 | 464.00 | 18.00 | 18.00 | |
|     | 9,197.00 | 1,644.00 | 18.00 | 36.00 | |