UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

RICHARD ABONDOLO, as Chairman of the Board of : Case No. 07-cv-7799(RMB)(GWG)
Trustees of UFCW LOCAL 342 HEALTH CARE FUND; : ECF CASE
RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 50 PENSION FUND; and :
RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 342 LEGAL FUND, :
: **AFFIDAVIT OF SERVICE OF**
Petitioner(s), : **AMENDED PETITION TO**
: **CONFIRM ARBITRATION**
-against- : **AWARD and COMPLAINT**
: **FOR BREACH OF ERISA**
JUMBO HERO DELI, INC. a/k/a JUMBO DELI, INC. : **OBLIGATIONS POST**
d/b/a CHARCUTERIE DELICATESSEN, : **ARBITRATION**
:
Respondent. :
————————————————————X

STATE OF NEW JERSEY  )
                     ss.:
COUNTY OF UNION      )

Nicole E. Maney, of full age, hereby deposes and says:

1. I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund; Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 50 Pension Fund; and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Legal Fund.

2. On October 11, 2007, I caused this Petitioners' Amended Petition and Complaint with exhibits to be served upon the Respondent via Federal Express Overnight at:

Jumbo Hero Deli, Inc.
Attn: Michael Issah
3971 Darby Lane
Seaford, New York 11783

    See Federal Express Confirmation attached hereto as Exhibit A.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

_____
NICOLE E. MANEY

Dated:   October 16, 2007

Sworn and subscribed to before me
this 16th day of October, 2007

_____
Notary Public

MY COMMISSION EXPIRES
MAY 25, 2009