Track Shipments/FedEx Kinko's Orders
# Detailed Results

 Quick Help

| | |
|---|---|
| **Tracking number** | 863134169676 |
| **Signed for by** | Signature release on file |
| **Ship date** | Oct 11, 2007 |
| **Delivery date** | Oct 12, 2007 11:55 AM |
| **Status** | Delivered |
| **Signature image available** | No |

| | |
|---|---|
| **Reference** | LOCAL 342 |
| **Delivered to** | Residence |
| **Service type** | Standard Envelope |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 12, 2007 | 11:55 AM | Delivered | | Package delivered to recipient address - release authorized |
| | 8:48 AM | On FedEx vehicle for delivery | MELVILLE, NY | |
| | 7:20 AM | At local FedEx facility | MELVILLE, NY | |
| | 5:06 AM | Departed FedEx location | NEWARK, NJ | |
| Oct 11, 2007 | 11:27 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 10:02 PM | Left origin | UNION, NJ | |
| | 8:28 PM | Picked up | UNION, NJ | |

[Signature proof]  [E-mail results]  [Track more shipments/orders]

Subscribe to tracking updates (optional)

**Your Name:** [          ]          **Your E-mail Address:** [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [Submit]