**CALCAGNO & ASSOCIATES**
ATTORNEYS AT LAW, LLC
*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

OF COUNSEL - NY

ALAN M. MCLAUGHLIN
JAMES M. O'DONNELL
ROSEMARY O'DONNELL

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
www.nynjlaw.net

Please Reply To The Cranford, New Jersey Office

October 16, 2007


RECEIVED OCT 17 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**VIA FEDERAL EXPRESS OVERNIGHT**

Honorable Richard M. Berman, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007-1312

**MEMO ENDORSED**
p. 2

Re:   Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund v. Jumbo Hero Deli, Inc. a/k/a Jumbo Deli, Inc. d/b/a Charcuterie Delicatessen
Case No. 07-cv-~~8799~~ 7799 (RMB)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2007

Dear Judge Berman:

   We represent Petitioner, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund, in connection with the above-referenced matter. Pursuant to FRCVP 15(a), we filed an Amended Petition and Complaint with Exhibits A and B via email and Federal Express Overnight with the Clerk (which is currently being processed by the Clerk), adding the following Petitioners to the caption: Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 50 Pension Fund; and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Legal Fund, and also adding additional claims against the Respondent.

   Additionally, the Respondent has not filed an answer to the initial Petition.

   Based upon the foregoing, we respectfully request an adjournment of the Initial Pre-Trial Conference scheduled for Thursday, October 18, 2007 at 9:15 a.m. for one (1) month in order to allow for the Respondents to file an Answer.

---

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
|---|---|---|---|
| 15th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (718) 815-0200 | (718) 815-0200 | (718) 815-0200 | (718) 815-0200 |

Furthermore, pursuant to Your Honor's Individual Rules, enclosed please find a courtesy copy of Petitioners' Amended Petition and Complaint along with a courtesy copy of the Affidavit of Service.

Should Your Honor have any questions, please contact our office.

Respectfully submitted,

ANDREW JOHN CALCAGNO

AJC/nem
Enclosures

---

CONFERENCE ADJOURNED UNTIL 11/20/07 AT 9:30 A.M.

SO ORDERED:
Date: 10/17/07

Richard M. Berman, U.S.D.J.

---

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
|---|---|---|---|
| 15th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (718) 815-0200 | (718) 815-0200 | (718) 815-0200 | (718) 815-0200 |