```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ABONDOLO,

               Plaintiff,               07 Civ. 7799 (RMB)(GWG)

    -against-                     **ORDER OF DISCONTINUANCE**

JUMBO HERO DELI, INC.

               Defendant.
------------------------------------------------------------X

       Based on Plaintiff's letter, dated December 27, 2007, indicating that he is dismissing the case without prejudice, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       December 27, 2007

                                              _____
                                              Richard M. Berman, U.S.D.J.